```
Court Name: United States District Court
Division: 2
Receipt Number: 24683011463
Cashier ID: tlevinso
Transaction Date: 05/18/2011
Payer Name: PLAVE KOCH PLC
-------------------------------------
CIVIL FILING FEE
 For: PLAVE KOCH PLC
 Amount:      $350.00
-------------------------------------
CHECK
 Check/Money Order Num: 0402
 Amt Tendered: $350.00
-------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

PLAVE KOCH PLC
2:11cv272
```