

May 17, 2011

**Via FedEx**

Clerk's Office
United States District Court for the
   Eastern District of Virginia
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA  23510

   RE:  Filing of Notice of Removal

Dear Sir or Ma'am:

   Please accept for filing in the referenced action the following documents:

   1.   Notice of Removal
   2.   The original and one copy of the Financial Interest Disclosure Statement of the defendant Cottman Transmission System, LLC.

   I have also enclosed an additional copy of each of these documents; please file stamp each and return to me in the enclosed self addressed envelope.

   A check in the amount of $350 to cover the court's filing fee is also enclosed.

   Thank you.

Sincerely,

James C. Rubinger

[Received stamp: U.S. CLERKS OFFICE 2011 MAY 18 A 4:56 NORFOLK, VA]

**Plave Koch PLC**
12355 Sunrise Valley Drive, Suite 230
Reston, Virginia 20191-3492
United States of America

www.PlaveKoch.com

**James C. Rubinger**
JRubinger@PlaveKoch.com
*direct phone* 703.774.1208
direct fax 703.774.1201