UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JAMES M. DUNLAP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COTTMAN TRANSMISSION SYSTEMS, )<br>LLC., )<br>and )<br>)<br>TODD P. LEFF )<br>Defendants. )<br>_____) | Civil Action No.\_\_\_\_\_ |

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Cottman Transmission Systems, LLC ("Cottman") (which is misidentified in the Complaint as Cottman Transmissions Systems, LLC) certifies the Cottman is wholly owned by Cottman Transmission Holdings, LLC, a Delaware corporation, which in turn is wholly owned by American Driveline Systems, Inc., a Delaware corporation. None of these entities is publicly traded.

Dated: May 17, 2011

Respectfully submitted,

James C. Rubinger
Virginia Bar No. 20317
Benjamin B. Reed
Virginia Bar No. 78190
PLAVE KOCH PLC.
12355 Sunrise Valley Drive
Suite 230
Reston, VA 20191
Tel: (703) 774-1208
Fax: (703) 774-1201
jrubinger@plavekoch.com
breed@plavekoch.com

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of May 2011, I caused copies of the foregoing Financial Interest Disclosure Statement to be served by first class mail, postage pre-paid, on the plaintiff, pro se, at the following address:

>James M. Dunlap
>1312 Debree Avenue
>Norfolk, VA  23517

_____
James C. Rubinger