IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JAMES M. DUNLAP ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:11-cv-272-RBS-DEM |
| ) | |
| v. ) | |
| ) | |
| COTTMAN TRANSMISSIONS, LLC ) | |
| ) | |
| and ) | |
| ) | |
| TODD P. LEFF ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JURY DEMAND**

Pursuant to Rule 38, F.R.C.P., Plaintiff, James M. Dunlap, hereby demands a trial by jury in this matter.

                                    James M. Dunlap
                                    By Counsel

_____/s/_____
W. Michael Holm (Va. Bar No. 21035)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
703-760-5200 (phone)
703-748-0244 (fax)
mholm@williamsmullen.com

Stephan E. Anthony (Va. Bar No. 78246)
Williams Mullen, P.C.
999 Waterside Drive, Suite 1700
Norfolk, VA 23510
757-622-3366 (phone)
757-629-0660 (fax)
santhony@williamsmullen.com

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on the 3d day of June, 2011, a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which sent notification to the following parties:

> James C. Rubinger (Va. Bar No. 20137)
> Benjamin B. Reed (Va. Bar No. 78190)
> Plave Koch, PLC
> 12355 Sunrise Valley Drive, Suite 230
> Reston, VA 20191

_____/s/_____
W. Michael Holm (Va. Bar No. 21035)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
703-760-5200 (phone)
703-748-0244 (fax)
mholm@williamsmullen.com
Counsel for James M. Dunlap