IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JAMES M. DUNLAP | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 2:11-cv-272-RBS-DEM |
| | ) |
| v. | ) |
| | ) |
| COTTMAN TRANSMISSIONS, LLC | ) |
| | ) |
| and | ) |
| | ) |
| TODD P. LEFF | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

    Please note the appearance of Stephen E. Anthony of Williams Mullen, P.C. as counsel for the plaintiff, James M. Dunlap.

                                      JAMES M. DUNLAP

                                      //s//   Stephen E. Anthony
Stephen E. Anthony (Va. Bar No. 78246)
Williams Mullen, P.C.
999 Waterside Drive, Suite 1700
Norfolk, VA  23510
757-622-3366 (phone)
757-629-0660 (fax)
santhony@williamsmullen.com

W. Michael Holm (Va. Bar No. 21035)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
703-760-5200 (phone)
703-748-0244 (fax)
mholm@williamsmullen.com

**CERTIFICATE OF SERVICE**

  The Undersigned hereby certifies that on the 6th day of June, 2011, a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which sent notification to the following parties:

James C. Rubinger (Va. Bar No. 20137)
Benjamin B. Reed (Va. Bar No. 78190)
Plave Koch, PLC
12355 Sunrise Valley Drive, Suite 230
Reston, VA  20191

    //s//   Stephen E. Anthony
Stephen E. Anthony (Va. Bar No. 78246)
Williams Mullen, P.C.
999 Waterside Drive, Suite 1700
Norfolk, VA  23510
757-622-3366 (phone)
757-629-0660 (fax)
santhony@williamsmullen.com

W. Michael Holm (Va. Bar No. 21035)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
703-760-5200 (phone)
703-748-0244 (fax)
mholm@williamsmullen.com

  Counsel for James M. Dunlap

15206343_1.DOC