IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JAMES M. DUNLAP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COTTMAN TRANSMISSIONS, LLC ) <br> ) <br> and ) <br> ) <br> TODD P. LEFF ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2:11-cv-272-AWA-DEM |

### PLAINTIFF JAMES M. DUNLAP'S REQUEST FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Comes now Plaintiff James M. Dunlap, by counsel, and moves this court pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure and moves this court to extend the time for filing an opposition to defendants' motion to dismiss. A memorandum in support of this motion accompanies it.

                                                                               James M. Dunlap
                                                                               By Counsel

_____/s/_____
W. Michael Holm (Va. Bar No. 21035)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
703-760-5200 (phone)
703-748-0244 (fax)
mholm@williamsmullen.com

Stephan E. Anthony (Va. Bar No. 78246)
Williams Mullen, P.C.
999 Waterside Drive, Suite 1700
Norfolk, VA 23510
757-622-3366 (phone)
757-629-0660 (fax)
santhony@williamsmullen.com

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on the 15th day of June, 2011, a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which sent notification to the following parties:

James C. Rubinger (Va. Bar No. 20137)
Benjamin B. Reed (Va. Bar No. 78190)
Plave Koch, PLC
12355 Sunrise Valley Drive, Suite 230
Reston, VA 20191

_____/s/_____
W. Michael Holm (Va. Bar No. 21035)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
703-760-5200 (phone)
703-748-0244 (fax)
mholm@williamsmullen.com
Counsel for James M. Dunlap

15263648_1.DOC