**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

**JAMES M. DUNLAP,**

      **Plaintiff,**

  v.                                                                            Civil No.  2:11-cv-00272-AWA-DEM

**COTTMAN TRANSMISSION
SYSTEMS, LLC and TODD P.
LEFF,**

      **Defendants.**

### DEFENDANTS' NOTICE OF CORRECTION TO THEIR RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Counsel for Defendants Cottman Transmission Systems, LLC and Todd P. Leff (the "defendants") respectfully requests that the Court take notice of a correction that should be made to the Response to Plaintiff's Motion for Enlargement of Time to File an Opposition to Defendants' Motion to Dismiss the Complaint (Doc. 12).  In the last sentence of the second paragraph of that Response, counsel for the defendants inadvertently an incorrectly stated that the parties had discussed a due date of Wednesday, June <u>30</u>, 2011; the correct date that the parties discussed was Wednesday, June <u>22</u>, 2011.  Counsel for the defendants therefore requests that the Court take notice that the last two sentences of the Response should be corrected to read as follows:

"Counsel for the defendants discussed this matter with counsel for the plaintiff by telephone today, and counsel for the plaintiff agreed to a due date of Wednesday, June 22, 2011 for any reply to plaintiff's opposition.

Accordingly, the defendants do not oppose the plaintiff's motion, but respectfully request that in connection with any order granting that motion, the Court specify the date by which the

- 2 -

defendants' reply may be filed, which in any event will be no earlier than Wednesday, June 22, 2011."

      A corrected copy of the Response is attached herewith.

      Respectfully submitted,

      /s/
      James C. Rubinger
      Virginia Bar No. 20317
      Benjamin B. Reed
      Virginia Bar No. 78190
      *Counsel for Defendants*
      PLAVE KOCH PLC
      12355 Sunrise Valley Drive, Suite 230
      Reston, VA  20191
      Tel:  (703) 774-1208
      Fax:  (703) 774-1201
      jrubinger@plavekoch.com
      breed@plavekoch.com

June 17, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which sent notice to the following:

W. Michael Holm, Esq.
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
mholm@williamsmullen.com

Stephan E. Anthony, Esq.
Williams Mullen, P.C.
999 Waterside Drive, Suite 1700
Norfolk, VA 23510
santhony@williamsmullen.com

*Counsel for Plaintiff*

                                                /s/
                                       Benjamin B. Reed
                                       Virginia Bar No. 78190
                                       *Counsel for Defendants*
                                       PLAVE KOCH PLC
                                       12355 Sunrise Valley Drive, Suite 230
                                       Reston, VA  20191
                                       Tel:  (703) 774-1208
                                       Fax:  (703) 774-1201
                                       breed@plavekoch.com