UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JAMES M. DUNLAP,

      Plaintiff,

                                     Civil No. 2:11-cv-00272-AWA-DEM

v.

COTTMAN TRANSMISSION
SYSTEMS, LLC and TODD P.
LEFF,

      Defendants.

### DECLARATION OF JAMES GONIEA

1.     I am Vice President Legal and General Counsel of the American Driveline Systems, Inc., the parent company of the defendant Cottman Transmission Systems, LLC, as well as of AAMCO Transmissions, Inc.

2.     I make this Declaration to place before the Court a copy of the Counterclaim asserted by the plaintiff in this action, James M. Dunlap, in *AAMCO Transmission Systems, Inc. v. Dunlap*, Civil No. 07-00562 (E.D. Pa.). A copy of that Counterclaim accompanies this Declaration as Exhibit 1.

I make this declaration under penalty of perjury on this 22nd day of June 2011 at Horsham, PA.

_____
James Goniea