IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JAMES M. DUNLAP<br><br>      Plaintiff,<br><br>v.<br><br>COTTMAN TRANSMISSIONS, LLC<br><br>and<br><br>TODD P. LEFF<br><br>      Defendants. | Civil Action No. 2:11-cv-272-AWA-DEM<br><br>FILED<br>AUG 16 2011 |

## ORDER

THIS MATTER having come before the Court upon Plaintiff's Motion for Withdrawal of Counsel, and finding that it is proper to do so, the Court **ORDERS** that Stephen E. Anthony be removed as counsel of record for Plaintiff. The Clerk shall send a copy of this Order to all parties of record.

**IT IS SO ORDERED**

8/16/2011

/s/
Douglas E. Miller
United States Magistrate Judge
_____
JUDGE

15563688_1.DOC