AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

FILED
NOV 7 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

JAMES M. DUNLAP,.

Plaintiff,

v.

Case Number: 2:11cv272

COTTMAN TRANSMISSION, et. al.,

Defendants..

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's Motion to Dismiss is GRANTED.

November 4, 2011
Date

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk