**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

| | |
|---|---|
| JAMES M. DUNLAP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COTTMAN TRANSMISSION ) <br> SYSTEMS, LLC ) <br> ) <br> and ) <br> ) <br> TODD P. LEFF ) <br> ) <br> Defendants. ) | Case No. 2:11cv272 |

## NOTICE OF APPEAL

Notice is hereby given that James M. Dunlap ("Dunlap"), plaintiff in the above named case, by counsel, and pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Dismissal Order granting the Motion to Dismiss of Cottman Transmission Systems, LLC and Todd P. Leff (the "Defendants"), defendants in the above named case, and from the Judgment in a Civil Case, also granting the Motion to Dismiss of the Defendants, entered in this action on the 4th day of November, 2011.

                                                Respectfully submitted,

                                                JAMES M. DUNLAP

                                                By Counsel

_____/s/_____
W. Michael Holm (Va. Bar # 21035)
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, VA  22314
(703) 647-5927
(703) 647-5967 (f)
michael.holm@leclairryan.com

*Counsel for Plaintiff*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on the 5th day of December 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

>James C. Rubinger
>Benjamin B. Reed
>Plave Koch, PLC
>12355 Sunrise Valley Drive
>Suite 230
>Reston, VA 20191
>
>*Counsel for Defendants*

>_____/s/_____
>W. Michael Holm (Va. Bar # 21035)
>LeClairRyan, A Professional Corporation
>2318 Mill Road
>Suite 1100
>Alexandria, Virginia 22314
>(703) 647-5927 Telephone
>(703) 647-5967 Facsimile
>e-mail: michael.holm@leclairryan.com
>
>*Counsel for Plaintiff*