FILED: April 16, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 11-2327
(2:11-cv-00272-AWA-DEM)

---

JAMES M. DUNLAP

      Plaintiff - Appellant

v.

COTTMAN TRANSMISSIONS SYSTEMS, LLC; TODD P. LEFF

      Defendants - Appellees

---

ORDER

---

The court grants counsel's motion to withdraw from further representation on appeal.

This appeal will now proceed on an informal briefing track.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk