# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 14, 2012

---

## RECORD REQUEST

---

No. 11-2327,  <u>James Dunlap v. Todd Leff</u>
             2:11-cv-00272-AWA-DEM

TO: Fernando Galindo

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Tony Webb, Deputy Clerk
804-916-2702