FILED: June 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2327
(2:11-cv-00272-AWA-DEM)
_____

JAMES M. DUNLAP

    Plaintiff - Appellant

v.

COTTMAN TRANSMISSIONS SYSTEMS, LLC; TODD P. LEFF

    Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                    /s/ PATRICIA S. CONNOR, CLERK