FILED: July 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2327
(2:11-cv-00272-AWA-DEM)
_____

JAMES M. DUNLAP

    Plaintiff - Appellant

v.

COTTMAN TRANSMISSIONS SYSTEMS, LLC; TODD P. LEFF

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered June 24, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*