UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DISTRICT

JAMES M. DUNLAP,

    Plaintiff,　　　　　　　　　No. 2:11-cv-00272-AWA-DEM

v.

COTTMAN TRANSMISSIONS
SYSTEMS, LLC and TODD P.
LEFF

    Defendants.

## JOINT STATUS REPORT

The parties hereby submit this Joint Status Report in response to the three issues posed by the Court on August 25, 2014 as follows:

1. The parties do not consent to adjudication by a Magistrate Judge.

2. The parties are amenable to undertaking settlement efforts and respectfully request a settlement conference with a United States Magistrate Judge. The parties request the conference be scheduled six weeks after the submission of this report.

1

3. With respect to the remaining issues, the parties respectfully request the following schedule:

Answer Due:  21 days after the settlement conference.

Rule 26(f) Conference:  Within 14 days of the Answer.

Rule 16(b) Conference:  To be scheduled at the Court's convenience.

Discovery Cutoff:  120 days after the Rule 16(b) conference.

Dispositive Motions Deadline:  30 days after the close of discovery.

Pretrial and Trial:  To be set by the Court in accordance with the above schedule.

Estimate of Trial:  5-7 days.

Respectfully Submitted,

*/s/ James C. Rubinger*
James C. Rubinger
Virginia Bar No. 20317
Benjamin B. Reed
Virginia Bar No. 87190
PLAVE KOCH PLC
12005 Sunrise Valley Dr, Suite 200
Reston, VA 20191-3414
Tel: (703) 774-1208
Fax: (703) 774-1201
jrubinger@plavekoch.com
breed@plavekoch.com

*Attorneys for Defendants*

*/s/ James M. Dunlap*
James M. Dunlap
*Pro Se*
1312 Debree Avenue
Norfolk, VA 23517
Tel: (757) 287-6815
miltondunlap@netzero.com

*Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September 2014, I filed the foregoing with the Clerk of Court and served a copy of the forgoing via electronic mail on the counsel for the defendants.

James M. Dunlap
*Pro Se*
Plaintiff
1312 Debree Avenue
Norfolk, VA 23517
Tel: (757) 287-6815
miltondunlap@netzero.com