UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JAMES M. DUNLAP,

    Plaintiff,

v.

    Civil No. 2:11-cv-00272-RBS -DEM

COTTMAN TRANSMISSION
SYSTEMS, LLC and TODD P.
LEFF,

    Defendants.

## JOINT MOTION TO EXTEND EXPERT DISCLOSURE DATES

The parties to this action, by their undersigned counsel, jointly move the Court to enter the accompanying Agreed Order to extend the dates for expert disclosure contained in the Scheduling Order, dated January 8, 2016. The parties seek this extension not for the purpose of delay, but rather in an attempt to make discovery more streamlined and efficient. The parties wish to make the dates for expert disclosure, and more particularly the deadlines for completing expert disclosure, coextensive with the deadlines for fact discovery, in order to make both expert discovery and fact discovery more efficient. The parties do not propose to extend the completion of expert discovery beyond the dates set forth in the Scheduling Order. The dates the parties wish to change, and the proposed new dates, are as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Plaintiff's Expert Disclosures | April 7, 2016 | May 6, 2016 |
| Defendants' Expert Disclosures | May 9, 2016 | June 6, 2016 |
| Rebuttal Disclosures | May 23, 2016 | June 18, 2016 |
| Completion of Expert Discovery | June 20, 2016 | June 20, 2016 |

The parties respectfully request entry of an Order reflecting this revised schedule. An Agreed Order accompanies this Motion.

Respectfully submitted,

/s/ W. Greer McCreedy, II
W. Greer McCreedy, II
Virginia Bar No. 27681
Donald N. Hornstein
Virginia Bar No. 19749
*Counsel for Plaintiff*
THE MCCREEDY LAW GROUP, PLLC
413 West York Street
Norfolk, VA  23510
Tel:  (757) 233-0045
Fax:  (757) 233-7661
McCreedy@McCreedyLaw.com

/s/James C. Rubinger
James C. Rubinger
Virginia Bar No. 20317
Benjamin B. Reed
Virginia Bar No. 78190
*Counsel for Defendants*
PLAVE KOCH PLC.
12005 Sunrise Valley Dr., Suite 200
Reston, VA  20191
Tel:  (703) 774-1208
Fax:  (703) 774-1201
jrubinger@plavekoch.com
breed@plavekoch.com

April 5, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Donald N. Hornstein
Donald N. Hornstein
Virginia Bar No. 19749