UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JAMES M. DUNLAP,

    Plaintiff,

v.

                                    Civil No. 2:11-cv-00272-RBS -DEM

COTTMAN TRANSMISSION
SYSTEMS, LLC and TODD P.
LEFF,

    Defendants.

## AGREED ORDER EXTENDING EXPERT DISCLOSURE DATES

The parties to this case, by their undersigned counsel, hereby agree to extend the expert disclosure dates contained in the Court's Scheduling Order. On the parties' agreement, it is hereby ORDERED:

The following dates contained in the Court's Scheduling Order, dated January 8, 2016, are amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Expert Disclosures | April 7, 2016 | May 6, 2016 |
| Defendants' Expert Disclosures | May 9, 2016 | June 6, 2016 |
| Rebuttal Disclosures | May 23, 2016 | June 18, 2016 |
| Completion of Expert Discovery | June 20, 2016 | June 20, 2016 |

4

In all other respects, the Scheduling Order is unchanged and remains in full force and effect.

Entered this ____ day of April 2016 at Norfolk, Virginia.

_____
Arenda Wright Allen
United States District Judge

We ask for this:

_____  
W. Greer McCreedy, II  
Virginia Bar No. 27681  
Donald N Hornstein  
Virginia Bar. No. 19749  
*Counsel for Plaintiff*  
THE MCCREEDY LAW GROUP, PLLC  
413 West York Street  
Norfolk, VA 23510  
Tel: (757) 233-0045  
Fax: (757) 233-7661  
McCreedy@McCreedyLaw.com

_____  
James C. Rubinger  
Virginia Bar No. 20317  
Benjamin B. Reed  
Virginia Bar No. 78190  
*Counsel for Defendants*  
PLAVE KOCH PLC.  
12005 Sunrise Valley Dr., Suite 200  
Reston, VA 20191  
Tel: (703) 774-1208  
Fax: (703) 774-1201  
jrubinger@plavekoch.com  
breed@plavekoch.com