UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JAMES M. DUNLAP,

    Plaintiff,

v.

                              No. 2:11-cv-00272-AWA-LRL

COTTMAN TRANSMISSION
SYSTEMS, LLC and TODD P.
LEFF,

    Defendants.

## DECLARATION OF JAMES GREGORY

James Gregory declares under penalty of perjury:

1.    I am currently the Chief Financial Officer of American Driveline Systems, Inc. ("ADSI"), the parent company of the defendant Cottman Transmission Systems, LLC ("Cottman") and of AAMCO Transmissions, Inc. ("AAMCO"). I have served in this capacity since August 2014, and as Interim Chief Financial Officer from April 2014 to August 2014. Prior to that, I was with American Capital, Ltd. since 2005, serving as Vice President from December 2009 to December 2012 and Principal from December 2012 to August 2014. American Capital, Ltd. is a private equity company that is the principal shareholder of ADSI.

2.    I make this Declaration based on my personal knowledge of the corporate structure of ADSI, Cottman, and AAMCO in connection with my duties at ADSI.

3.    Cottman and AAMCO are wholly-owned subsidiaries of ADSI. In 2004, American Capital Ltd. acquired a controlling interest in Cottman through an entity called Cottman Acquisitions, Inc., which was the 100% owner of Cottman. In 2006, Cottman Acquisitions, Inc. changed its name to ADSI and acquired AAMCO. As a result, ADSI became

Acquisitions, Inc. changed its name to ADSI and acquired AAMCO. As a result, ADSI became the 100% owner of both AAMCO and Cottman. AAMCO and Cottman have been wholly-owned subsidiaries of ADSI at all times since 2006.

5. I have reviewed the allegations contained in paragraphs 9 and 10 of the Complaint in this case, which claim that ADSI's ownership interest in both AAMCO and Cottman is less than 100%. That allegation has no basis in fact: it is not true and never has been. At all times since the acquisition of AAMCO, ADSI has owned 100% of both AAMCO and Cottman.

6. There are currently approximately 54 Cottman centers in the United States.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _____ day of May 2016 at Horsham, Pennsylvania.

_____
James Gregory