[ Scroll Previous ] [ Scroll Forward ] [ Main Menu ] [ Logoff ]

Chesapeake Circuit - Civil Division
Click on Case Number for Details

| Case Number | Name | Name | Status |
|---|---|---|---|
| CL08002524-00 | Defendant: COTTMAN SYSTEMS LLC | Plaintiff: DUNLAP, JAMES M | Settlement/Nonsuit/Vol. Dismissal |
| CL01000701-00 | Defendant: COTTMAN TRANSMISSIONS | Plaintiff: MOSLEY, LEON | Settlement/Nonsuit/Vol. Dismissal |
| CL10001034-00 | Defendant: COTTMAN TRANSMISSIONS LLC | Plaintiff: DUNLAP, JAMES M | Purged After 3 Years |
| CH93032953-00 | Defendant: COTTON, ANGELA | Plaintiff: COTTON, JOEL | Report By Commissioner |
| CH00001167-00 | Defendant: COTTON, ANNIE | Plaintiff: CUFFEE, HUMILIUS | Purged After 3 Years |
| CL06002520-00 | Plaintiff: COTTON, CRAIG | Defendant: CROMUEL, SHAMEKA M. | Settlement/Nonsuit/Vol. Dismissal |
| CL08000181-00 | Plaintiff: COTTON, CRAIG | Defendant: CROMUEL, SHAMEKA M | Settlement/Nonsuit/Vol. Dismissal |
| CL10002773-00 | Plaintiff: COTTON, DENISE E | Defendant: COTTON, JONATHAN W | Trial - Judge With Witnesses |
| CL14002347-00 | Defendant: COTTON, DONNA F | Plaintiff: CREDIT ACCEPTANCE CORPORATION | Settlement/Nonsuit/Vol. Dismissal |
| CL15000675-00 | Defendant: COTTON, DONNA F | Plaintiff: CREDIT ACCEPTANCE CORPORATION | Settlement/Nonsuit/Vol. Dismissal |
| CL15002680-00 | Defendant: COTTON, DONNA F | Plaintiff: CREDIT ACCEPTANCE CORPORATION | Settlement/Nonsuit/Vol. Dismissal |
| CL16000926-00 | Defendant: COTTON, DONNA F | Plaintiff: CREDIT ACCEPTANCE CORP | Active |
| CL08002173-00 | Defendant: COTTON, DONNA F. | Plaintiff: COMMONWEALTH OF VIRGINIA | Settlement/Nonsuit/Vol. Dismissal |
| CH95000877-00 | Plaintiff: COTTON, FAMOUS E. | Defendant: FORD, CALTON L. | Other |
| CH03001098-00 | Plaintiff: COTTON, FELECIA | Defendant: COTTON, ROBERT | Trial - Judge With Witnesses |
| CL08001247-00 | Plaintiff: COTTON, FELECIA | Defendant: COTTON, ROBERT | Purged After 3 Years |

[ Scroll Previous ] [ Scroll Forward ] [ Main Menu ] [ Logoff ]

Build #: 3.6.32.8

| Name List | Pleadings/Orders | Services | Main Menu | Logoff |

## Chesapeake Circuit - Civil Division
### Case Details

| Case Number: CL08002524-00 | Filed: 10/31/08 |
|---|---|
| Filing Type: Complaint - Catch-All | Filing Fee Paid |
| Number of Plaintiffs: 0001 | Number of Defendants: 0009 |
| Commenced By: Initial Filing | |
| Bond: | Complex Case: |

If there are more than three plaintiffs or defendants as indicated under "Number of Plaintiffs" or "Number of Defendants" in the table above, please contact the court for the additional party information.

**Plaintiffs**

   Plaintiff:    **DUNLAP, JAMES M**
   Trading as:
   Attorney:    PRO SE

**Defendants**

   Defendant1:    **BILLER, ROBERT**
   Trading as:
   Attorney:

   Defendant2:    **LEFF, TODD**
   Trading as:
   Attorney:

Defendant3:  **DIMUZIO, MARK**
Trading as:
Attorney:

## Hearings

| # | Date | Time | Type | Room | Duration | Jury | Result |
|---|------|------|------|------|----------|------|--------|
| 1 | 10/31/09 | 4:00PM | Motion - Other Posttrial | KDH | | | Dismissed |

**Date Ordered To Mediation:**

## Final Disposition

- **Judgment:**            Other
- **Final Order Date:**    10/29/09
- **Appealed Date:**
- **Concluded By:**        Settlement/Nonsuit/Vol. Dismissal

[ Name List ]   [ Pleadings/Orders ]   [ Services ]   [ Main Menu ]   [ Logoff ]

Build #: 3.6.32.8