UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JAMES M. DUNLAP

    Plaintiff,

                                                        Civil Action 2:11CV272

COTTMAN TRANSMISSIONS SYSTEMS, LLC

And

TODD P. LEFF

    Defendants.

## PLAINTIFF'S IDENTIFICATION OF EXPERT WITNESS

Plaintiff James M. Dunlap hereby identifies his expert witness

Name:
Ilhan Kubilay Geckil

Residence Address:
1700 N. DuPont Hwy. Apt. C104
Dover, DE 19901

Business Address:
Anderson Economic Group, LLC,
20 South Clark Street, Suite 2110
Chicago, Illinois  60603
Phone: (312) 670-6810

Occupation:
economist, consultant, analyst, financial controller, and
director of business valuation and strategy for Anderson Economic Group, LLC.

1

Fields of Expertise:

- Territory Assessments and Site Selection
- Demographic and Economic Analyses
- Valuations

- Trade Area Disputes
- Sales and Performance Evaluations

- Lost Profits
- Diminished Value

- Franchise Valuation
- business valuations, lost profits and commercial damages assessments, risk analyses, , industry studies, econometric and financial analyses,, forecasting, and modeling, and market evaluation

JAMES M. DUNLAP

Dated:  MARCH 7, 2016                    By: /s/ W. Greer McCreedy, II
                                             W. Greer McCreedy, I


CERTIFICATE OF SERVICE

I hereby certify that I will electronically transmit today, this 7th day of March, 2016, by email a true copy of the foregoing PLAINTIFF'S IDENTIFICATION OF EXPERT WITNESS at JRubinger@plavekoch.com  and to BReed@plavekoch.com.

                                /s/ W. Greer McCreedy, II_____
                                W. GREER McCREEDY, II, Esquire

W. Greer McCreedy, II - VSB #27681
The McCreedy Law Group, PLLC
413 West York Street
Norfolk, VA 2351
Telephone: (757) 233 -0045
Fax: (757)233-7661
McCreedy@McCreedyLaw.com
Counsel for Plaintiff