UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JAMES M. DUNLAP

    Plaintiff,

                                              Civil Action 2:11CV272

COTTMAN TRANSMISSIONS SYSTEMS, LLC

And

TODD P. LEFF

    Defendants.

## PLAINTIFF'S  RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Plaintiff James M. Dunlap respectfully submits this Response to Defendants' Motion For Summary Judgment.

    Plaintiff Prays that said Motion be denied for reasons set forth in the accompanying Memorandum in Support of Plaintiff's Response to Defendants Motion for Summary Judgment.

                                                               JAMES M. DUNLAP

Dated:  August 19, 2016                      By:/s/ W. Greer McCreedy, II
                                                              W. Greer McCreedy, II

## CERTIFICATE OF SERVICE

I hereby certify that I will, on this 19th day of July 2016, electronically file a true copy of the foregoing Plaintiff's Response to Defendants' Motion For Summary Judgment with the Clerk of Court using the CM/ECF system which will send notice to counsel of record for the Defendants, and will email said true copy to Plaintiff at AamcoTransmissions78@gmail.com, and will send said true copy to Plaintiff by pre-paid U.S. mail, certified, first-class, return receipt requested, at 1312 DeBree Avenue, Norfolk, VA 23517.

                                                  /s/ W. Greer McCreedy, II_____  
                                                  W. GREER McCREEDY, II, Esquire

W. Greer McCreedy, II - VSB #27681  
The McCreedy Law Group, PLLC  
413 West York Street  
Norfolk, VA 23510  
Telephone: (757) 233 -0045  
Fax: (757)233-7661  
McCreedy@McCreedyLaw.com  
Counsel for Plaintiff