# philly●com

🏠 | News | Sports | Entertainment | Business | Opinion | Food | Lifestyle | Health | More

BREAKING   NEWS VIDEO   BLOGS   PHILADELPHIA   NEW JERSEY   POLITICS   EDUCATION   OPINION   OBITUARIES   NATION/WORLD   WEATHER   TRAFFIC   LOTTERY

Collections

# Cottman Transmission name to disappear

### Radiator Replacement
billsmithsauto.com
Radiator Sales and Replacement Automotive CoolingSystem Specialist

### Car Detailing $80 and Up
xtremedetailingonline.com
Kids destroyed your interior? Selling or trading in your car?

### Subaru Clearance 2015
subaru-clearance-sale.a...
Massive Subaru Dealership Sale Now! Get Our Lowest Subaru Price & Save

### TV Repair
richmondtvrepairs.com
All Brands And Models Same Day Service. Call us today

### Car Insurance - $19 Month
direct-auto-insurance-ra...
Compare Auto Insurance Rates Online - Plans from $19 / Month!

**By Akweli Parker INQUIRER STAFF WRITER**
POSTED: March 09, 2006

Horsham-based Cottman Transmission, a longtime and well-known brand in the auto-repair business, will disappear, in name at least; its owner is combining the company with Bala Cynwyd-based Aamco Transmissions Inc.

In doing so, the firms will create a full-service auto repair giant with 1,100 locations nationwide, second only to Midas Inc., which has more than 1,800.

American Capital Strategies Ltd., of Bethesda, Md., bought Cottman for $46 million last April, and announced the combination with Aamco yesterday. It said the combined entity will be called Aamco, to take advantage of that firm's greater reach and higher brand recognition.

American Capital Strategies is publicly owned, but neither it nor privately owned Aamco revealed the purchase price.

After more than 40 years, the Morgan family, founders and owners of Aamco, decided to sell the company, said their attorney, John Cinque of Fox Rothschild L.L.P.

The company, with its distinctive "Double-A, honk, honk, M-C-O" advertising line enjoyed greater than 90 percent consumer brand awareness nationwide, according to Aamco and Cottman officials.

That was part of the reason for preserving the Aamco name.

"I think it's driven first and foremost by the power of the brand," said Todd P. Leff, Cottman's chief executive officer.

Also, he said, "we looked at the prospect of changing 400 signs versus changing 700 signs."

Cottman has a network of about 400 independent, franchisee-owned service centers, while Aamco has about 730 centers, and is the nation's largest transmission specialist.

American Capital said the combined firm will have more than 1,100 centers and annual sales of more than $600 million.

Leff said it will take about three years to change all the stores over to the Aamco name. All 50 or so new stores expected to open this year will be Aamcos, he said.

Both Aamco and Cottman use a franchise system for their stores, which are run by independent owner-operators.

The company plans to expand by "50 to 70 new stores a year over the next five years," Leff said. "We sell these franchises to middle-management and upper-middle-management people who've kind of had it with the corporate life."

The business has flourished, he said, because "it's easy to understand, it's not a fad."

Ironically, the merger reunites two companies that started as one in the late 1950s, when Rich Silva and Anthony A. Martino ran transmission centers in Philadelphia.

They divided their stores in 1962, with Silva's center becoming the first Cottman because it was on Cottman Avenue. Martino named his store Aamco, incorporating his initials.

Martino recruited franchising expert Robert Morgan to build Aamco into a national chain, and Martino sold his interest in 1967.

Morgan died last year, but had passed the successful business on to his children.

His son Keith has served as the company's chief executive since 1992, and is retiring with the merger.



## Transmission Service

transmissionrepairandservice.c...

**Greenbrier in Chesapeake Major and Minor Auto Repairs**

*We Recommend*

Business news in brief
March 8, 2013

0 Like   Tweet 0   G+1   @



**EXHIBIT**

C

Contact staff writer Akweli Parker at 215-854-5986 or aparker@phillynews.com.

**You May Like**                                                          Sponsored Links by Taboola

**What the Bible Says About Money (Fascinating)**
Newsmax

**Her Dress Dropped Jaws At The 2015 Met Gala**
StyleBistro

**Watch: MS Doesn't Stop Julie Roberts' Life**
HealthiNation

**Forget Your 401K if You Own a Home in VIRGINIA**
Bills.com

**The 3 Super High-Paying Cash Back Cards For Those With Good Credit**
LendingTree

**25 Rarely Seen Historical Photos Are Very Unnerving**
World Lifestyle

**More From The Web**                           **More From Philly.com**

- **The Secret To Paying Off Credit Card Debt**
  (Prosper Funding)
- **Her Dress Dropped Jaws At The 2015 Met Gala**
  (StyleBistro)
- **Watch: MS Doesn't Stop Julie Roberts' Life**
  (HealthiNation)
- **Forget Your 401K if You Own a Home in VIRGINIA**
  (Bills.com)
- **The 3 Super High-Paying Cash Back Cards For Those With Good Credit** (LendingTree)
- **Digital Access To Close Its Doors The Bala Cynwyd Company Said About 50 Will Be Let Go. The Ceo Said It Was Unable To Raise Enough Money.**
- **For Cottman Transmission, It's The Fast Lane Aging Autos And Complex Machinery Add Up To Big Business. And The Firm's Growth Is Accelerating.**
- **A business of leaps and bounds**
- **Bala Cynwyd Man Faces Stock Scheme Charges Larry Berman Was Among 19 Indicted, Along With Cherry Hill Resident Abraham Salaman And Reputed Mob Figures.**
- **Small businesses get uptick, hope it lasts**

Promoted Links by Taboola

Comments for this thread are now closed.                                          ✕

0 Comments       Philly.com                                                    🔵 Login ▾

♥ Recommend        ↪ Share                                                   Sort by Best ▾

This discussion has been closed.

♟ SPONSORED



- 1.  15 Celebrities That You Didn't Know Committed Horrible Crimes! 3 weeks ago adrzr.com Buzzlie (sponsored)



- 2.  Miranda leaves fans and Blake in disbelief. Was this too much? a week ago celebritique-online.com Celebritique (sponsored)



✉ Subscribe        ⓓ Add Disqus to your site        🔒 Privacy

comments powered by **Disqus**

**Commenting policy | Comments FAQ**

▷

## Start Download Now                    ## Credit Karma

fromdoctopdf.com                          creditkarma.com

Convert From Doc to PDF, PDF to Doc Simply    View Your Free Credit Score Online. No
With The Free On-line App!                 Hidden Fees. No Obligation

### FEATURED ARTICLES



Sally Starr, iconic Philly TV personality, dies at 90



Thrill rider Jolene Van Vugt's need for speed almost killed her



Whistleblower's expert says Vanguard owes billions in back taxes

### More:

In Bulk Trucking, Chemical Leaman Is Rolling Toward The Top          |          De Mazia Art Brings $2.38 Million

Frank Nofer, 71, famed graphic artist

George Mattson, 88, Olympian, Crew Coach

Leader Of Jbm Sentenced To Life Aaron Jones
Was Convicted Of Conspiring To Distribute
$100 Million In Cocaine. He Plans To Appeal.

Jbm 8 Believed Founders